JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PRODUCER-WRITERS GUILD OF AMERICA PENSION PLAN; BOARD OF DIRECTORS OF THE PRODUCER-WRITERS GUILD OF AMERICA PENSION PLAN; WRITERS' GUILD-INDUSTRY HEALTH FUND; and BOARD OF TRUSTEES OF THE WRITERS GUILD-INDUSTRY HEALTH FUND,<br><br>            Plaintiffs,<br><br>      v.<br><br>NTCP USA DEVELOPMENT, LLC,<br><br>            Defendant. | Case No. 2:23-CV-10087-SPG-JC<br><br>**ENTRY OF JUDGMENT** |

On October 29, 2024, the Court issued an Order granting Plaintiffs' motion for default judgment. (ECF No. 26 ("Order")). Pursuant to that Order, the Court, hereby ORDERS, ADJUDGES, and DECREES THAT PLAINTIFFS shall recover from DEFENDANT:

Contributions:                                                                              $55,312.50

|  |  |
|---|---|
| Interest: | $12,908.85 |
| Liquidated Damages: | $11,062.50 |
| Attorney Fees: | $4,771.35 |
| Costs: | $402 |
| **TOTAL JUDGMENT:** | **$84,457.20** |

Pursuant to the Judgment, the Defendant is ordered to pay to the Plaintiffs $84,457.20 plus any post-judgment interest as provided by 28 U.S.C. § 1961 from the date of entry of judgment in this action.

**IT IS SO ORDERED.**

DATED: January 24, 2025

UNITED STATES DISTRICT JUDGE