**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| PRODUCER-WRITERS GUILD OF AMERICA PENSION PLAN; BOARD OF DIRECTORS OF THE PRODUCER-WRITERS GUILD OF AMERICA PENSION PLAN; WRITERS' GUILD-INDUSTRY HEALTH FUND; and BOARD OF TRUSTEES OF THE WRITERS GUILD-INDUSTRY HEALTH FUND,<br>Plaintiffs,<br>v.<br>NTCP USA DEVELOPMENT, LLC,<br>Defendant. | Case No. 2:23-cv-10087-SPG-JC<br>**ORDER ENTERING AMENDED JUDGMENT PURSUANT TO THE JOINT STIPULATION TO AMEND JUDGMENT [ECF NO. 31] AND VACATING JUDGMENT [ECF NO. 30]** |

Before the court is the parties' Joint Stipulation to Amend the Judgment (ECF No. 31 ("Stipulation")), pursuant to "a binding settlement agreement" between the parties (Stipulation ¶ 5, Ex. 1 ("Settlement Agreement")). The Court, having considered the record in this case, and for good cause appearing therefor, finds that entry of an amended judgment is appropriate. Accordingly, the court VACATES the judgment entered in this matter on

January 24, 2025, (ECF No. 30), and ENTERS JUDGMENT in accordance with the terms stated in the parties' Settlement Agreement as set forth below:

IT IS HEREBY ORDERED ADJUDGED AND DECREED:

Defendant NTCP USA Development, LLC ("NTCP") shall pay to the Plaintiffs a total of $100,032.36, payable in installments as follows:

| **Date of Payment** | **Amount of Payment** | **Balance** |
|---|---|---|
| March 16, 2025 | $8,336.03 | $91,696.33 |
| April 16, 2025 | $8,336.03 | $83,360.30 |
| May 16, 2025 | $8,336.03 | $75,024.27 |
| June 16, 2025 | $8,336.03 | $66,688.24 |
| July16, 2025 | $8,336.03 | $58,352.21 |
| August 16, 2025 | $8,336.03 | $50,016.18 |
| September 16, 2025 | $8,336.03 | $41,680.15 |
| October 16, 2025 | $8,336.03 | $33,344.12 |
| November16, 2025 | $8,336.03 | $25,008.09 |
| December 16, 2025 | $8,336.03 | $16,672.06 |
| January 16, 2026 | $8,336.03 | $8,336.03 |
| February 16, 2026<br>FINAL PAYMENT | $8,336.03 | $0 |

The Court retains jurisdiction of this action for the purposes of enforcing the foregoing

//

//

//

terms of the Amended Judgment and the underlying settlement agreement until such time as all obligations thereunder have been fulfilled.

**IT IS SO ORDERED.**

DATED: April 7, 2025

HON. SHERILYN PEACE GARNETT
UNITED STATES DISTRICT JUDGE